IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01161-EWN-MEH

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 27, 2007.**

Based upon the parties' agreement, and the entire record herein, the Stipulated Motion for Entry of Protective Order [Filed June 26, 2007; Docket #24] is **granted**. The Court will sign the Protective Order and enter it on the record.