**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01161-EWN-MEH

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Colorado Corporation,

    Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER coming before this Court upon the Stipulation For Dismissal And Proposed Order of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

Subject to the covenants contained in the Stipulation for Dismissal And Proposed Order, filed by the parties on July 3, 2007, it is hereby ordered that the Lawsuit is dismissed with prejudice, each party to bear its own costs and attorney's fees.

SO ENTERED this 5th day of July, 2007

                                              s/ Edward W. Nottingham
                                              Edward W. Nottingham
                                              Chief United States District Court Judge

142670.1